**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

**ALTERNATIVE DISPUTE RESOLUTION SUMMARY**

1.    Style of case:    **Pinpoint Marketing Group, Inc. d/b/a Pinpoint Merchandising v. Vital Proteins, LLC**

2.    Civil action number: **3:22-cv-00451-X**

3.    Nature of the suit:  **contract**

4.    Method of ADR used: **mediation**

5.    Date ADR session was held:  **April 19, 2023**

6.    Outcome of ADR *(Select one)*:

☐    Parties did not use my services          ☐    Settled, in part, as a result of ADR

**X**    Settled as a result of ADR               ☐     Parties were unable to reach a settlement

7.    What was your TOTAL fee:  **$7,450.00**

8.    Duration of ADR: **eight (8) hours** (i.e., one day, two hours)

9.    Please list persons in attendance (including party association, defendant, plaintiff). Please provide the names, address and telephone number of counsel on the reverse of this form.

      **Please see attached**

10.   Provider information:

      Hon. Jeff Kaplan (Ret.)
      8401 North Central Expressway Suite 610
      Dallas, Texas 75225
      Phone: (214) 744-5267

      */s/ Jeff Kaplan*                                          April 24, 2023
      Signature

<u>Alternative Dispute Resolution Summary</u>
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

Gary R. Sorden
Ian Ross Phillips
Cole Schotz, P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Phone: (469) 557-9390
Counsel for Plaintiff

Carmine R. Zarlenga
Mayer Brown LLP
1999 K Street NW
Washington, D.C. 20006
Phone: (202) 263-3000
Counsel for Defendant

Marjan A. Batchelor
Mayer Brown LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002
Phone: (713) 238-3000
Counsel for Defendant


Lynn Graham, with Plaintiff
Scott Graham, with Plaintiff
Rey Kim, with Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April 2023, I electronically submitted the foregoing

document with the clerk of the court for the U.S. District Court for the Northern District of Texas.


*/s/ Judy Stephenson*
Case Manager